ERNEST SPOHN V. THE STATE.

No. 4968.   Decided April 3, 1918.

**Rape—Statement of Facts—Bills of Exception.**

    In the absence of a statement of facts and bills of exceptions, refused requested charges on the grounds of the motion for new trial can not be considered on appeal.

Appeal from the Criminal District Court of Dallas No. 2. Tried below before the Hon. C. A. Pippen.

Appeal from a conviction of rape; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of rape, his punishment being assessed at five years confinement in the penitentiary.

The record contains neither a statement of facts nor bill of exceptions. There were four special charges refused. In the absence of the evidence we are unable to determine whether the court erred in refusing them. The grounds of the motion for new trial can not be considered. For want of the testimony and reserved exceptions the judgment will be affirmed.

*Affirmed.*